# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DEBBIE L. DOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1314 |
| ) | Judge Trauger |
| DEPARTMENT OF THE ARMY and ) | Magistrate Judge Griffin |
| HON. JOHN M. McHUGH, Secretary of the ) | |
| Army, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On June 3, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion For Partial Dismissal (Docket No. 18) is **DENIED**, and the plaintiff's Motion For Summary Judgment (Docket No. 27) is **DENIED WITHOUT PREJUDICE** to be refiled at a later stage of this case.

This case shall be returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 6th day of July, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge